UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                          Criminal No. 23-mj-30065

Ryan Dunbar,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                              Respectfully submitted,

                                              Dawn N. Ison
                                              United States Attorney

                                              *s/Christopher W. Rawsthorne*
                                              Christopher W. Rawsthorne P84401
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              (313) 226-9160

Dated: February 21, 2023           christopher.rawsthorne@usdoj.gov

**IT IS SO ORDERED.**

                                              s/David R. Grand
                                              Hon. David R. Grand
                                              United States Magistrate Judge

Entered: 2/21/23